IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TRACY NOVAK
ADC #0833632                                                              PETITIONER

v.                        Case No. 5:17-cv-00140-KGB/BD

WENDY KELLEY, Director
Arkansas Department of Correction                                         RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that petitioner Tracy Novak's petition for writ of *habeas corpus* is dismissed. The relief requested is denied, and the Court declines to issue a certificate of appealability.

So adjudged this the 30th day of March, 2018.

_____
Kristine G. Baker
United States District Judge